ACCEPTED
12-14-00336-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/3/2015 10:09:41 AM
Pam Estes
CLERK

No. 12-14-00336-CV

In the Twelfth Court of Appeals
Tyler, Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/3/2015 10:09:41 AM
PAM ESTES
Clerk

**FREDERICK DAWSON GRAHAM**
*Appellant*

**v.**

**DENA MARIE TURNER**
*Appellee*

*Appealed from the County Court at Law*
*Nacogdoches County, Texas*
*Trial Court Cause No. C1228635*

### NOTICE OF APPEARANCE

TO THE HONORABLE COURT OF APPEALS:

Dena Marie Turner, appellee, notifies the Court and all parties that Greg Smith (State Bar No. 18600600) of the firm of RAMEY & FLOCK, P.C., 100 E. Ferguson, Suite 500, Tyler, Texas 75702, is appearing as co-counsel on appeal, for the limited purpose of representing appellee at the upcoming oral argument. Jarett T. LaRochelle will continue to serve in all respects as lead counsel for appellee.

Respectfully submitted,

Jarett T. LaRochelle
State Bar No. 24041296
One Riverway, Suite 1700
Houston, TX 77056
Telephone: (713) 907-8668
Facsimile: (713) 840-6351
jarettlarochelle@yahoo.com

   /s/ Greg Smith
Greg Smith
State Bar No. 18600600
RAMEY & FLOCK, P.C.
100 East Ferguson, Suite 500
Tyler, TX  75702
Telephone:  (903) 597-3301
Facsimile:   (903) 597-2413
gsmith@rameyflock.com

**COUNSEL FOR APPELLEE,
DENA MARIE TURNER**

## Certificate of Service

The undersigned certifies that a copy of the above and foregoing document was served upon counsel for Appellant in accordance with the applicable Rules of Civil Procedure on this the 2nd day of September, 2015, on the following:

trorie@sbcglobal.net
Tom Rorie
210 North Street
Nacogdoches, TX  75961

      /s/ Greg Smith
Greg Smith